## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| DENNIS AYALA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | 2:21-cv-00246-GZS |
| v. | ) | Docket no. 2:18-cr-00090-GZS-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDERING AFFIRMING RECOMMENDED DECISON

On February 7, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 315).  On February 22, 2022, Petitioner filed a one-page Motion for Appointment of Counsel (ECF No. 316), which the Court has considered both as an objection to the Recommended Decision and as a renewed request for counsel in connection with his pending petition.

The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.  As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 315) is hereby **AFFIRMED**.
2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.
3. Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF No. 307) is hereby **DENIED**.

4. Petitioner's Renewed Motion for Appointment of Counsel (ECF No. 316) is hereby **DENIED**.

5. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 4th day of March, 2022.